1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CARY LEE PETERSON,<br><br>Petitioner. | Case No. 23-cv-01022 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL; GRANTING REQUEST FOR REFUND OF FILING FEE**<br><br>(Docket No. 8) |

On March 7, 2023, Petitioner, a federal prisoner proceeding *pro se*, filed an "emergency" habeas corpus petition and motion for rehearing.  Dkt. No. 1.  On March 15, 2023, in response to the Clerk's notice, Petitioner paid the $402 filing fee.  Dkt. No. 5.

On April 7, 2023, Petitioner filed a motion for voluntary dismissal.  Dkt. No. 8 at 2.  Good cause appearing, the motion for voluntary dismissal of this matter as moot is **GRANTED**.

Petitioner also requests "as a one time courtesy" that the Court refund the court fee paid in whole or part.  *Id.* at 3.  The Court notes that his filing should have been construed as a petition for writ of habeas corpus under 28 U.S.C. § 2255, which is not subject to filing fees.  Accordingly, the Court's financial office is directed to refund the filing fee to Petitioner.

///

## CONCLUSION

For the foregoing reasons, Petitioner's request for voluntary dismissal is **GRANTED**.  Dkt. No. 8.  The petition is **DISMISSED** without prejudice.

The Clerk shall send a copy of this order to the Court's financial office to process Petitioner's refund.

This order terminates Docket No. 8.

**IT IS SO ORDERED**.

Dated: _____April 14, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Req. for Vol. Dism; Granting Refund
P:\PRO-SE\BLF\HC.23\01022Peterson_vol.dism.docx