UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CARY LEE PETERSON,<br><br>Petitioner. | Case No. 23-cv-01022 BLF (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the order of dismissal, this case is DISMISSED without prejudice.  Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: _____April 14, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.23\01022Peterson_judgment.docx